

FILED
NOV 8 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-M-210-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHEROD M. MAIR | ) | |
| | ) | |

By order dated 10 September 1998, defendant was committed to the custody and care of the Attorney General by Mark S. Utecht, Military Judge, pursuant to 18 U.S.C. § 4243. By Order filed 26 May 1999, respondent was conditionally released from custody pursuant to 18 U.S.C. § 4243(f). This matter is now before the court on the government's motion to revoke respondent's conditional release, filed 4 November 2003. On 8 November 2005, the court held a hearing on this motion via video-conference technology.

For the reasons stated at the conclusion of that hearing, the court finds that respondent has violated the terms of his conditional release and that his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another. Respondent's conditional release is hereby REVOKED, and it is ORDERED that he be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4243.

This 8 November 2005.

W. EARL BRITT
Senior United States District Judge

usa/shm/tec
mair.4243.revoke.cond.rel.wpd