UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:99-MJ-210-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHEROD H. MAIR | |

This matter is before the court on a *pro se* motion submitted by respondent in the form of a letter that was filed on 21 December 2017. (DE # 144.) In the letter, respondent requests an "exchange of counsel because of ireckonsilible [sic] differences." (<u>Id.</u> at 1.) Respondent is currently represented by the Office of the Federal Public Defender. To the extent that respondent seeks to remove court-appointed counsel from his case and have new counsel appointed, the motion is DENIED. The Office of the Federal Public Defender has an expertise in this area, defending the majority of persons appearing before this court for 18 U.S.C. § 4243 proceedings. Of course, respondent has the right to have individual counsel represent him. Should respondent retain private counsel and such counsel file a notice of appearance in this matter, the court will entertain another motion relating to the withdrawal of court-appointed counsel.

This 19 January 2018.

_____
W. Earl Britt
Senior U.S. District Judge