IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:99-MJ-210-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHEROD H. MAIR | |

This matter is before the court on respondent's motion to reopen the case of Sherod Mair v. Hester Barber. (DE # 153.) The case to which respondent refers is No. 5:10-HC-2094, and it was assigned to Chief U.S. District Judge Terrence W. Boyle, who dismissed it in April 2011. The undersigned does not have the authority to permit a party to reopen a case assigned to another judge. Accordingly, the Clerk is DIRECTED to terminate the motion in this case and refile it in No. 5:10-HC-2094 for Chief Judge Boyle to consider.

This 9 September 2019.

_____
W. Earl Britt
Senior U.S. District Judge