4-5-21
Mon. 03:34

FILED
APR 1 2 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Judge Britt,

I want the deposition of the prosecuters paper work on me. Get it to me ASAP.

Mair