Sir

INMATE NAME/NUMBER: Sherod Mair /05299-000
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

HARRISBURG PA 171
9 APR 2021 PM 1 L

RECEIVED
APR 1 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Judge Earl Britt
Terry Sanford Federal Building
310 New Bern Ave. Room 574
Raleigh N.C. 27601-1418

APR 09 2021

Legal Mail

Mailed From US Penitentiary
27601-145949